# Court of Appeals
# of the State of Georgia

ATLANTA,  April 25, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0067.  WALTER GIBSON, III v. HILLARY FOWLER.**

Upon consideration of Walter Gibson, III's emergency motion for an extension of time to file a discretionary application from the trial court's April 19, 2024 order,[1] the motion is hereby GRANTED, and Gibson shall have until June 18, 2024 to file a discretionary application. See Court of Appeals Rule 16 (c).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/25/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.

---

[1] The trial court entered a final order on child support modification on April 15, 2024, and then entered an amended final order on April 19, 2024 to include that the parties consented to the parenting plan.